AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Jane Doe | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:20-CV-03553-TNM |
| John Smith | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Smith, in claims not encompassed by certification filed pursuant to 28 U.S.C. § 2679(d)            .

Date:     03/29/2021

*Attorney's signature*

Desiree Wilson, # FL 0061
*Printed name and bar number*

Desiree Wilson, Esq.
1030 SE 9th Ave # 152412
Cape Coral, FL  33990

*Address*

dwilson@federalattorneyflorida.com
*E-mail address*

(239) 286-2905
*Telephone number*

*FAX number*