UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>MERRICK GARLAND,<br>Attorney General of the United States, *et al*.,<br><br>    Defendants. | Civil Action No. 20-3553<br><br>(TNM) Judge Trevor N.<br><br>McFadden<br><br><br>Date: August 24, 2021 |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO SUBMIT
<u>COMBINED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS</u>**

With the current extension of time given until August 30, 2021, counsel for Plaintiff Jane Doe hereby request an additional 30 days to submit her responses to the Agency's Motion to Dismiss and Defendant John Smith's Motion to Dismiss. Good cause for the extension exists because both attorneys for the Plaintiff took a weeklong personal vacation during the month of August that had been planned prior to the current scheduling order. Defendants in this case both have filed motions for extensions of time to respond to the Plaintiff's Complaint and Amended Complaint thereby making the response period for the pending motions during Plaintiff's counsel's time away from the practice of law. Plaintiff consented to each of the Defendants requests for extensions of time.

Furthermore, counsel for the Plaintiff have almost twenty (20) depositions scheduled in two separate matters between August 31st and September 17th. This deposition schedule will consume most of the time of the attorneys during the first two week of September which is why an additional 30 days is being requested.

This case involves various complex legal issues. Each brief necessary to respond to the Defendants' Motions to Dismiss will likely be in excess of forty (40) pages. Because Plaintiff's counsel is a small law firm, the response to these motions will require the attention of both attorneys for the Plaintiff.

After consulting with counsel for the Defendants, the Agency's counsel consents to this motion for an extension of time whereby Plaintiff would file her response by September 30, 2021. Counsel for John Smith does not consent to a 30-day extension, rather only a two-week extension.

Plaintiff has received two extensions throughout this case, one on May 5, 2021, and one on July 19, 2021

Plaintiff therefore moves the Court to set a briefing schedule in which Plaintiff's response to the Defendants Motions to Dismiss is due September 30 and Defendants' replies are due November 6.

This the 24th day of August 2021.

Respectfully submitted,

/s/ David J. Shaffer, Esq.
David J. Shaffer
D.C. Bar Number 413484

/s/ Kelley Brooks Simoneaux, Esq.
Kelley Brooks Simoneaux
D.C. Bar Number 187844

David Shaffer Law,
PLLC1629 K. St. NW,
Suite 300
Washington D.C. 20006

*Attorneys for Plaintiff*