UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br><br>                  *Plaintiff,*<br><br>    v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General, *et al.*,<br><br>                  *Defendants.* | Civil Action No. 20-3553 (TNM) |

### ORDER

The Court having been fully apprised that the Attorney General's designee has certified that the individual defendant John Smith was acting within the scope of his employment at the time of certain specified incidents giving rise to this suit, and the Court having been apprised of the substitution of the United States for that specific conduct pursuant to the Federal Employees Liability Reform and Tort Compensation Act of 1988 § 6, Pub. L. No. 100-694, 102 Stat. 4563 (1988), 28 U.S.C. § 2679(d)(1), it is hereby:

ORDERED that pursuant to the provisions of 28 U.S.C. § 2679(b)(2) and § 2679(d)(2), the state law claims set forth in Counts Six, Seven, and Eight of the third amended complaint, to the extent they are supported by the conduct certified by the Attorney General's designee, are dismissed with respect to individual defendant John Smith on the ground that the exclusive remedy for these claims is an action against the United States and because the United States has been substituted as the sole defendant on those claims, to the extent they are supported by the certified conduct.

It is further ORDERED that the caption of this action shall be amended to reflect the substitution of the United States as a defendant.

1/11/22
Dated

[signature: M McFadden]
United States District Court Judge