

Revised: 01 November 2017

**U.S. Department of Justice**
Federal Bureau of Investigation
Washington, D. C. 20535-0001

# FEDERAL BUREAU OF INVESTIGATION (FBI) EQUAL EMPLOYMENT OPPORTUNITY (EEO) REPORT OF COUNSELING (ROC)

Date: June 5, 2018

FBI Case # FBI-2018-00173

In the Matter Brought Forth by Ms. [redacted], Former Current Employee from the FBI's [redacted] Field Office [redacted]

This Report of Counseling is being submitted by Careyann Reali.

Careyann Reali
EEO Counselor's Signature

The information contained in this report is subject to the non-disclosure provisions of the Privacy Act of 1974, Public Law 93-579, 5 U.S.C. 522a. A copy of this report must be provided to the aggrieved individual after (s)/he files a formal complaint.

ROC
FBI-2018-00173
[redacted]

## A. Aggrieved Individual (AI)

| Biographical Information | |
|---|---|
| Name: [redacted] | DOB: **N/A** (For Age Basis ONLY) |
| Current Status: **Current Employee** | |
| FBI Employee Job Title: [redacted] | FBI Employee Position Series/Grade: **0301/General Schedule 12** |

| Contact Information | |
|---|---|
| Home Phone Number: **N/A** | Work Phone Number: **N/A** |
| Personal Email [redacted] | Work Email Address (Use Unclassified for FBI): **N/A** |
| Personal Cell Phone Number: [redacted] | Work Cell Phone Number: **N/A** |
| Home Address: [redacted] | Work Address: [redacted] |
| Mailing Address (if different): **N/A** | |

| Representative |
|---|
| Does AI have a Representative? Yes ☐ No ☒ |

## B. Chronology of EEO Counseling

| Contact with AI | Alternate Dispute Resolution (ADR) |
|---|---|
| Date of Initial Contact: **March 12, 2018** | ADR Discussed and Offered: Yes ☒ No ☐ |
| Date of Initial Interview: **April 5, 2018** | ADR Elected by AI: Yes ☐ No ☒ |
| **Written Counseling Extension** | If No, Reason Not Elected: **Administrative Inquiry** |
| Date Requested: **April 5, 2018** | **Rights and Responsibilities Checklist (Written Notification)** |
| Date Granted: **April 11, 2018** | Date Provided: **March 15, 2018** |

## C. Description of Each Claim of Discrimination

1. **Basis(es) for Alleged Discrimination**
   National Origin – [redacted]
   Sex – Female
   Religion [redacted]
   Parental Status – [redacted]
   Reprisal – Informal EEO contact in 2011 and 2012

[redacted]

2. **Statement of Claim(s)**
Ms. [redacted] believes she has been subjected to harassment ([redacted], retaliation, and discrimination, based on her national origin [redacted]), sex (female), religion [redacted]), [redacted] ([redacted]), and reprisal (informal EEO contact in 2011 and 2012), when: 1) between 2012 and 2015, she was [redacted] by former (P-1) (P-1) and, 2) on January 26, 2018, she was proposed for dismissal by the Office of Professional Responsibility (OPR), and was suspended indefinitely by the Human Resources Division (HRD).

## D. Summary of Counselor's Inquiry

1. **Interactions Prior to Initial Interview with AI**
On March 12, 2018, Ms. [redacted] made initial contact with the OEEOA and requested to participate in the EEO process.

On March 14, 2018, the Supervisory Equal Employment Opportunity Specialist assigned informal EEO case to EEO Counselor.

On March 15, 2018, the EEO Counselor provided Ms. [redacted] with the required EEO forms.

On March 22, 2018, the EEO Counselor followed up, via email, with Ms. [redacted]. Ms. [redacted] scheduled her initial interview for March 30, 2018.

On March 30, 2018, Ms. [redacted] rescheduled her initial interview for April 04, 2018.

On April 04, 2018, Ms. [redacted] rescheduled her initial interview for April 05, 2018.

2. **Summary of Informal Inquiry**
   a. **Records/Documents Reviewed:**
   None.

   b. **Interview(s) Conducted with AI:**
      i. **Timeliness Notice**
      During the initial interview on April 5, 2018, EEO Counselor advised Ms. [redacted] of the requirement in 29 C.F.R. 1614.105, and she should contact the EEO staff within forty-five (45) calendar days of the alleged discrimination event, or the date she became aware of the alleged discriminatory event(s).

      Was the EEO contact beyond the 45 days from the alleged discriminatory incident(s)?
      Yes ☒ No ☐
      If yes, provide brief explanation:
      Ms. [redacted] stated she was [redacted] by former (P-1) between 2012 and 2015, and stated she never reported the incidents to anyone as she wanted to protect forme (P-1) (P-1)

ROC
FBI-2018-00173

**ii. Initial Interview(s):**

Initial interview conducted telephonically on April 05, 2018, with Ms. . Ms. stated in October 2011, she entered on duty with the FBI as COS. She stated in 2014, she was made aware by then , she was under investigation by the Office of Inspector General (OIG), and would not receive an award put her in for. Ms. stated in November 2017, notified her the OIG investigation was complete and their investigation report was forwarded to OPR for adjudication.

She stated on January 26, 2018 and other management officials (names not provided) provided her a letter from HRD, dated January 19, 2018, which informed her she was suspended indefinitely effective the date of the letter, pending the outcome of a review of the security clearance and investigation. She stated she was also provided a lengthy written statement from Ms. Jessica Loreto, OPR, proposing she be dismissed from the FBI (she stated it was not a letter and it was not dated.)

When the EEO Counselor asked about the claims, Ms. stated the events occurred between 2011 and 2015 by former (P-1) whom she stated abused his authority, station, privilege, and even blackmailed her. (Ms. did not provide any statement of the alleged and did not provide any further details of the alleged ) Ms. stated she never reported his actions to anyone, and when asked about the events during the OIG investigation interview, she stated she lied to the investigators to protect him (P-1) Ms. volunteered this information and the EEO Counselor repeated it back to Ms. and she confirmed her statement.

Note: On April 25, 2018, Ms. corrected her statement she made during her interview with regard to the statement captured that she had lied to the OIG investigators. She stated, "I didn't lie to OIG, I didn't fully disclose what M (P-1) did to me. I withheld information in fear of my life. I only disclosed a portion of that trauma."

Ms. stated the OPR written statement she was provided on January 26, 2018, mentioned the by former (P-1) and confirmed she was a victim of Ms. did not provide any further information of the

Note: On April 25, 2018, Ms. corrected her statement she made during her initial interview with regard to the statement captured that OPR mentioned the by former (P-1) and confirmed she was a victim of She said, "The OIG stated during my interview with them regarding the (P-1) matter that I was a victim, not OPR. I did not refer to OPR as I have not spoken to anyone at OPR."

Although Ms. informed the EEO Counselor she did not have any EEO activity with the OEEOA, she alleges in December 2011, she spoke with EEO Counselor , regarding the defacing of her picture which was hung up in the hallway where new employees' pictures were displayed. She stated contacted

management officials (names not provided) and an Assistant Special Agent in Charge (name not provided) sent an email to all ██ employees regarding the incident, asking for anyone with information to come forward. Ms. ████ stated in 2012, she contacted another EEO Counselor in ██ (name not provided), regarding being placed in the Post Adjudication Risk Management Program. She stated she believes she was retaliated against based on the contact she made with these EEO Counselors.

Ms. ████ believes she was investigated by OIG under the guise of guilt by association as ████████, ████ woman, who was married to a ████ man. She stated, "I believe that the OIG investigation and the decision by the FBI was malicious and baseless, and a result of ██████ treatment during a climate of ████████████████ ████ which has alarming repercussions to ████ women."

Following the initial interview, the EEO Counselor requested, via email, Ms. ████ provide additional documentation and grant permission to the EEO Counselor to conduct a limited inquiry, and scheduled a follow up interview for April 12, 2018, in order for Ms. ████ to have enough time to seek legal advice.

The EEO Counselor followed up, via email, on April 12, 2018, with Ms. ████ and requested she provide the additional documentation and grant permission to the EEO Counselor to conduct a limited inquiry. The EEO Counselor provided Ms. ████ the Designation of Representation form, and requested a response no later than April 27, 2018. Ms. ████ confirmed receipt of the follow up email, via email, that same date.

On April 25, 2018, Ms. ████ stated she was still attempting to seek legal advice and stated she would follow up with the EEO Counselor by May 03, 2018.

On May 04, 2018, EEO Counselor followed up, via email, with Ms. ████ and requested a response by May 08, 2018. Ms. ████ was informed she would be provided the Notice of Right to File (NORTF), via email, on May 10, 2018, and was reminded of the fifteen calendar day requirement.

On May 10, 2018, Ms. ████ stated she was still in the process of seeking legal advice. The EEO Counselor followed up, via email, and requested Ms. ████ provide her permission to conduct a limited inquiry, by May 16, 2018. Ms. ████ was informed she would be issued the NORTF, via email, on May 17, 2018, and was reminded of the fifteen calendar day requirement.

**iii. Remedy Requested:**

Ms. ████ did not provide the EEO counselor with what she was seeking as potential corrective action(s).

**iv. Final Interview:**

Final interview was conducted on May 17, 2018, with Ms. [redacted]. Ms. [redacted] was informed she would be provided the NORTF, via email, following final interview, and discussed the fifteen calendar day requirement. Ms. [redacted] confirmed receipt of the NORTF, via email, that same date.

**c. Interview(s) conducted with Responsible Management Official (RMO):**

No RMO's were interviewed.

## E. RESULTS

| Notice of Right to File (NORTF) | |
|---|---|
| Date NORTF Issued to AI: **May 17, 2018** | Date NORTF Received by AI: **May 17, 2018** |
| Delivery Method: **Email** | Offer Assistance Completing Formal Complaint: Yes ☒ No ☐ |

**From:** Reali, Careyann (SC) (FBI)
**To:** [redacted]
**Subject:** Notice of Right to File
**Date:** Thursday, May 17, 2018 12:15:00 PM
**Attachments:** DOJ-201A.pdf
[redacted]NoticeOfRightToFile.pdf

---

Hello Ms. [redacted],

Thank you for speaking with me today. As I explained, you are being provided with the Notice of Right to File and DOJ 201A form, which are attached to this email. The Informal EEO process has ended. Please use this form to file your formal complaint. Your formal complaint must be filed with the Federal Bureau of Investigation's (FBI) EEO Officer at the following address:

Equal Employment Opportunity Officer
Federal Bureau of Investigation
Office of Equal Employment Opportunity Affairs
935 Pennsylvania Avenue, Northwest
Room 9304
Washington, D.C. 20535-0001

Facsimile: 202-324-3976

Should you require assistance completing your DOJ-201A form, please feel free to contact me.

As I have stated to you today and in our previous conversations, be advised, you must file your formal complaint within fifteen (15) calendar days of the receipt of this email. If the expiration date for filing your formal complaint is scheduled to expire on a Saturday, Sunday or federal holiday, you have until the following open business day to ensure your complaint is filed timely.

Please be sure to include the basis (es) (race, color, religion, sex (includes gender identity), national origin, disability (mental/physical), age (over 40), genetic information, reprisal/retaliation, sexual orientation, and/or parental status) which you believe to be associated with the discriminatory action(s) specific to those matters discussed with me during the informal EEO process. If any additional discriminatory action(s) occur(red) after receiving the NORTF, it may be included and/or amended to your filing if it is like or related to the issue(s) discussed with me.

Additionally, if you retain an attorney or any other person to represent you during the formal complaint process, it is important that you notify the OEEOA as soon as possible. Please be sure you comply with the instructions in the Confidentiality Agreement prior to disseminating any information to your representative.

For more information or questions regarding the formal complaint process, please contact OEEOA at 202-324-4128.

I KINDLY REQUEST YOU REPLY TO THIS EMAIL TO CONFIRM RECEIPT - THANK YOU.

It was my pleasure speaking with you. I wish you the very best.

Sincerely,
Careyann

Careyann Reali
Regional EEO Counselor
Federal Bureau of Investigation
Office of EEO Affairs
via Sacramento Division
2001 Freedom way

Roseville, CA 95678
d. 916-746-2611
c (S)

FBI000052

Revised: 28 September 2017

**U.S. Department of Justice**
Federal Bureau of Investigation
Washington, D. C. 20535-0001

## FBI EEO COUNSELOR PROGRAM
## NOTICE OF RIGHT TO FILE A DISCRIMINATION COMPLAINT

Date: May 17, 2018

**TO:** Ms. [REDACTED]:

This is to inform you that you are now entitled to file a formal complaint of discrimination based on race, color, religion, sex, national origin, physical or mental disability, age, sexual orientation, parental status, genetic information, and/or reprisal because the matter you brought to my attention did not resolve. If you file a complaint, it must be in writing, signed, filed by facsimile, electronic communication, hand-delivery during business hours, U.S. mail (confirmation services recommended), or other third-party commercial carrier, and meet the regulatory time frames. The date of the postmark, facsimile, electronic communication, hand-delivery, delivery to a third-party commercial carrier or in person filing at the agency's Equal Employment Opportunity (EEO) office is considered the date filed and must be within the requisite fifteen (15) calendar days.

Attached is form DOJ 201-A. Please use the form to file your formal complaint. The formal complaint must be filed with the Federal Bureau of Investigation's (FBI) EEO Officer at the following address:

Equal Employment Opportunity Officer
Federal Bureau of Investigation
Office of Equal Employment Opportunity Affairs
935 Pennsylvania Avenue, Northwest
Room 9304
Washington, D.C. 20535-0001

Facsimile: 202-324-3976

The complaint must be *specific* and encompass only those matters discussed with me. If any additional discriminatory action(s) occur(red) after receiving this Notice of Right to File a Discrimination Complaint, it may be included and/or amended to your filing if it is like or related to the issue(s) discussed with me. If you retain an attorney (or any other person to represent you), you and your representative must immediately notify the EEO Officer in writing and provide the EEO Officer with your representative's name and contact information. You and/or your representative will receive a written notice of receipt of your formal complaint of discrimination. Lastly, please remember to ensure you comply with the instructions in the EEO Confidentiality Agreement regarding your contacts with your representative during the EEO process.

| Careyann Reali | Careyann Reali | 05/17/2018 |
|---|---|---|
| Counselor Name (Print) | Signature | Date |



FBI000054



FBI000055



The rest of this page is intentionally left blank.



FBI000057