## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JANE DOE**,

*Plaintiff,*

v.                                                          Case No. 1:20-cv-3553

**UNITED STATES OF AMERICA**, *et al.*,

*Defendants.*

## ORDER

Upon review of the motions, the briefs in support and opposition, the law, and for the reasons stated in the [87] Sealed Memorandum Opinion, it is hereby

**ORDERED** that Federal Defendants' [76] Motion to Dismiss is GRANTED as to Doe's Title VII claims accruing before January 26, 2018.  It is also

**ORDERED** that Defendant Smith's [74] Motion to Dismiss is GRANTED under Rule 12(b)(1), but that his [74] Motion to Strike is DENIED.  It is also

**ORDERED** that Federal Defendants' [76] Motion for a More Definite Statement is GRANTED as to Doe's timely Title VII disparate-treatment claims.  It is also

**ORDERED** that Plaintiff Doe shall file a Fourth Amended Complaint on or before October 26, 2022.  It is also

**ORDERED** that the parties shall meet, confer, and propose redactions to the Court for the sealed opinion by October 3, 2022, so that it may be publicly filed expeditiously.

**SO ORDERED.**

This is a final, appealable Order.  The Clerk is requested to close this case.


Dated: September 26, 2022

_____
TREVOR N. McFADDEN, U.S.D.J.