UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE**,<br><br>            Plaintiff,<br><br>      v.<br><br>**UNITED STATES OF AMERICA**, *et al.*,<br><br>            Defendants. | Case No. 1:20-cv-3553 |

## ORDER

Two years ago, Plaintiff, a former FBI employee, sued her old supervisor and other federal defendants for alleged sexual and criminal misconduct. *See* Compl., ECF No. 5. Since then, Plaintiff has amended her complaint four times. *See* ECF Nos. 3, 35, 65, 95. On November 15, 2023, the remaining Defendant moved under seal to dismiss Plaintiff's Fourth Amended Complaint. *See* ECF No. 98. Defendant filed a redacted, public version of that motion on November 23, 2022. *See* ECF No. 100. But Plaintiff has not filed a response to the public redacted version of Defendant's Motion to Dismiss within Local Civil Rule 7(b)'s fourteen-day time window. Thus, and upon consideration of Defendant's Motion to Dismiss, the pleadings, and the relevant law, it is

**ORDERED** that Defendant's [100] Motion to Dismiss is GRANTED as conceded under Local Civil Rule 7(b); and it is

**ORDERED** that the Fourth Amended Complaint is DISMISSED without prejudice.

The Clerk of Court shall close this case.

1

**SO ORDERED**.

Dated: December 9, 2022 							TREVOR N. McFADDEN, U.S.D.J.